IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Annalicia | Case Number: 07 B 23952 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 12/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: February 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,842.70 | |
| Secured: | | 272.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,392.94 |
| Trustee Fee: | | 177.76 |
| Other Funds: | | 0.00 |
| Totals: | 2,842.70 | 2,842.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,360.50 | 2,392.94 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 603.28 | 104.00 |
| 4. | CitiFinancial | Secured | 1,056.73 | 168.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 8,111.34 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 9. | Edfinancial Services | Unsecured | 0.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 765.71 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 35.94 | 0.00 |
| 12. | Macy's | Unsecured | 226.75 | 0.00 |
| 13. | Capital One | Unsecured | 168.30 | 0.00 |
| 14. | Bass & Associates | Unsecured | 5.27 | 0.00 |
| 15. | FDS National Bank - Bloomingdales | Unsecured | 22.06 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,037.82 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 326.58 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 394.49 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 1,573.60 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 95.98 | 0.00 |
| 21. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 22. | Citizens Bank | Secured | | No Claim Filed |
| 23. | Edfinancial Services | Unsecured | | No Claim Filed |
| 24. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| | | | $ 17,784.35 | $ 2,664.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, Annalicia

Printed: 11/25/08

Case Number:  07 B 23952
Judge:  Wedoff, Eugene R
Filed:  12/20/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 37.06 |
| 6.5% | 102.94 |
| 6.6% | 37.76 |
|  | $ 177.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

